Petition for Writ of Habeas Corpus Denied and Opinion filed April 11,
2003









Petition for Writ of Habeas Corpus Denied and Opinion
filed April 11, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00405-CV

____________

 

IN RE WILLIAM JONES, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF HABEAS CORPUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 11, 2003, relator,
William Jones, filed a petition for writ of habeas corpus.  See Tex.
Gov=t Code Ann. ' 22.221(d) (Vernon Supp. 2003);  Tex. R. App. P. 52.

We deny relator=s petition for writ of habeas corpus.

PER CURIAM

Petition Denied and Opinion filed
April 11, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.